## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

|  |  |
|---|---|
| Chiquitta Prevard, | : Civil Action No.: _____ |
|  | : |
| Plaintiff, | : |
| v. | : |
|  | : |
| Lexington Law Firm; and DOES 1-10, inclusive, | : **COMPLAINT** |
|  | : **JURY TRIAL DEMANDED** |
|  | : |
| Defendants. | : |

For this Complaint, the Plaintiff, Chiquitta Prevard, by undersigned counsel, states as follows:

### JURISDICTION

1.      This action arises out of Defendants' repeated violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et. seq*. (the "TCPA").

2.      Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), in that the Defendants transact business in this District and a substantial portion of the acts giving rise to this action occurred in this District.

### PARTIES

3.      The Plaintiff, Chiquitta Prevard ("Plaintiff"), is an adult individual residing in Norcross, Georgia, and is a "person" as defined by 47 U.S.C. § 153(39).

4.      Defendant Lexington Law Firm ("Lexington"), is a Utah business entity with an address of 360 North Cutler Drive, Salt Lake City, Utah 84054, and is a "person" as defined by 47 U.S.C. § 153(39).

5.      Does 1-10 (the "Agents") are individual agents employed by Lexington and whose identities are currently unknown to the Plaintiff.  One or more of the Agents may be joined as parties once their identities are disclosed through discovery.

6.      Lexington at all times acted by and through one or more of the Agents.

## FACTS

7.      In or around October 2014, Lexington began calling and sending text messages to Plaintiff's cellular telephone, number 919-XXX-7759.

8.      Lexington called Plaintiff from telephone number 800-292-1512.

9.      Lexington called Plaintiff's cellular telephone using an automated telephone dialing system ("ATDS") and an artificial or prerecorded voice.

10.     When Plaintiff answered calls from Lexington she heard a prerecorded voice instructing Plaintiff to wait for the next available representative.

11.     During a conversation, Plaintiff requested that Lexington stop calling.

12.     Additionally, Plaintiff replied to Lexington's text message, attached herewith as <u>Exhibit A</u>, instructing the service that she wished to opt-out of being contacted.

13.     Nevertheless, Lexington continued to call Plaintiff's cellular telephone knowing that it lacked permission to do so.

**COUNT I**
**VIOLATIONS OF THE TCPA –**
**47 U.S.C. § 227, <i>et seq.</i>**

14.     The Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

15.     At all times mentioned herein and within the last four years, Defendants called Plaintiff on her cellular telephone using an automatic telephone dialing system ("ATDS") and a prerecorded or artificial voice.

16.     Despite being directing to cease all calls, Defendants continued to place automatic telephone calls to Plaintiff's cellular telephone. As such, each call placed to Plaintiff was made in knowing and/or willful violation of the TCPA, and subject to treble damages pursuant to 47 U.S.C. § 227(b)(3)(C).

17.     The telephone number called by Defendants was assigned to a cellular telephone service for which Plaintiff incurs charges for incoming calls pursuant to 47 U.S.C. § 227(b)(1).

3

18.     The calls from Defendants to Plaintiff were not placed for "emergency purposes" as defined by 47 U.S.C. § 227(b)(1)(A)(i).

19.     Plaintiff is entitled to an award of $500.00 in statutory damages for each call made in negligent violation of the TCPA pursuant to 47 U.S.C. § 227(b)(3)(B).

20.     Plaintiff is entitled to an award of treble damages in an amount up to $1,500.00 for each call made in knowing and/or willful violation pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

## PRAYER FOR RELIEF

**WHEREFORE**, the Plaintiff prays that judgment be entered against Defendants:

1.  Statutory damages of $500.00 for each violation determined to be negligent pursuant to 47 U.S.C. § 227(b)(3)(B);

2.  Treble damages for each violation determined to be willful and/or knowing pursuant to 47 U.S.C. § 227(b)(3)(C); and

3.  Such other and further relief as may be just and proper.

**TRIAL BY JURY DEMANDED ON ALL COUNTS**

Dated: December 1, 2014

Respectfully submitted,

By: /s/ Sergei Lemberg, Esq.
Attorney Bar No.: 598666
Attorney for Plaintiff Chiquitta Prevard
LEMBERG LAW L.L.C.
1100 Summer Street, Third Floor
Stamford, CT 06905
Telephone: (203) 653-2250 ext. 5500
Facsimile:   (203) 653-3424
Email: slemberg@lemberglaw.com