# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Chiquitta Prevard, | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 1:14-cv-03820-TWT |
| Lexington Law Firm; and DOES 1-10, inclusive, | : |
| Defendant. | : |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within 60 days.

Dated: January 26, 2015

          Respectfully submitted,

          By: /s/ Sergei Lemberg, Esq.
          Attorney Bar No.: 598666
          Attorney for Plaintiff
          LEMBERG LAW L.L.C.
          1100 Summer Street, Third Floor

        Stamford, CT 06905
        Telephone: (203) 653-2250 ext. 5500
        Facsimile:   (203) 653-3424
        Email: slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 26, 2015, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Northern District of Georgia Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                      By /s/ Sergei Lemberg
                                              Sergei Lemberg